**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Brittany MCFADDEN, Petitioner**

**No. 118 EAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Malik WARE, Petitioner**

**No. 151 EAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Alfred MEANS, Petitioner**

**No. 163 EAL 2017**

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.